UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SOCKEYE LICENSING TX LLC,                                    :
:
                   Plaintiff,       :
:      22-CV-4652 (VSB)
     -against-                                         :
:      **ORDER**
AIRTAME US, INC.,                                            :
:
                   Defendant.       :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on June 3, 2022. (Doc. 1.) On July 5, 2022, Plaintiff requested a 60-day extension on Defendant's behalf. (Doc. 9.) I granted the request. (Doc. 11.) The deadline for Defendant to respond to Plaintiff's complaint was September 6, 2022. (*See* Doc. 11.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 21, 2022. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 7, 2022
             New York, New York

                                                    VERNON S. BRODERICK
                                                  United States District Judge